USDC SCAN INDEX SHEET









USA

SIEGEL

TB
3:95-CR-01187
*37*
*CRMGOV.*

```
 1 │ ALAN D. BERSIN
   │ United States Attorney
 2 │ RICHARD C. CHENG
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 135992
   │ Federal Office Building
 4 │ 880 Front Street, Room 6293
   │ San Diego, California  92101-8893
 5 │ Telephone:  (619) 557-6529
 6 │ Attorneys for Plaintiff
   │ United States of America
 7 │
```

FILED
AUG 19 1996
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 95-1187-B |
|---|---|---|
| Plaintiff, | ) | DATE: September 16, 1996 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| | ) | NOTICE OF MOTION AND |
| LAWRENCE P. SIEGEL, | ) | MOTION FOR JUDGMENT |
| | ) | ON DEFAULT |
| Defendant. | ) | |

TO: ROBERT WESTDAL, CLERK OF THE COURT, AGENT FOR THE OBLIGORS; THE DEFENDANT, LAWRENCE P. SIEGEL; HIS ATTORNEY, KATHRYN THICKSTUN LEFF; AND THE SURETIES, STUART M. HURWITZ AND PHILIP DYSON:

PLEASE TAKE NOTICE that pursuant to Rule 46(e)(3), Federal Rules of Criminal Procedure, plaintiff, United States of America, will bring a motion for judgment on default on for hearing before this court in the courtroom of the Honorable Rudi M. Brewster, United States District Judge, United States Courthouse, 940 Front Street, San Diego, California, on September 16, 1996 at 2:00 p.m., or as soon thereafter as counsel can be heard.

\\
\\
\\

SIEGEL.DFL

37

|     |     |
| --- | --- |
| 1   | The United States hereby moves this court to enter judgment against the above-named defendant and sureties Stuart M. Hurwitz, and Philip Dyson, in the sum of $25,000 upon bonds, copies of which are attached hereto as Exhibit A. |

The United States hereby moves this court to enter judgment against the above-named defendant and sureties Stuart M. Hurwitz, and Philip Dyson, in the sum of $25,000 upon bonds, copies of which are attached hereto as Exhibit A.

The aforesaid bonds were executed by defendant, Lawrence P. Siegel, and Stuart M. Hurwitz and Philip Dyson, as sureties, on or about February 28, 1995 and March 6, 1995 in the sum of $25,000, conditioned upon the defendant's appearance as in said bonds set forth.

On April 19, 1996, the aforementioned bonds were ordered forfeited for the failure of the defendant to comply with the conditions thereof. A copy of the order is attached hereto as Exhibit B.

This motion is based upon the pleadings, records and proceedings in this cause, together with these motion papers.

DATED: August 19, 1996.

Respectfully submitted,

ALAN D. BERSIN
United States Attorney

RICHARD C. CHENG
Assistant U.S. Attorney

**EXHIBIT A**

UNITED STATES DISTRICT COURT
UNITED STATES OF AMERICA

vs

Lawrence P. Siegel

Appearance Bond For No. 95-0600

FILED
FEB 28 1995
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, the undersigned defendant, and we, the sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally are bound to pay to the United States of America the sum of $ 25,000 , and there has been deposited in the Registry of the Court the sum of $ _____ in cash or _____ (describe other security) of the amount of bond.

The conditions of this bond are that the defendant is to appear as ordered before Hon. Louisa Porter , United States Magistrate, and the United States District Court for the Southern District of California at San Diego, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above-entitled matter as may be given or issued by the Magistrate or by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the State of California, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the Magistrate or the United States District Court for the Southern District of California or the United States District Court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. Further, the conditions set forth in the order re conditions of pretrial release, filed in this matter and part of the record therein, are further conditions of this bond.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated.

This bond signed on Feb 28 , 19 95 , at San Diego

Defendant's Signature: _____ Address 16402 Olmo Ct. SD 92128
Surety's Signature: Stuart M. Schwartz Address 9459 La Jolla Farms Road, LJ 92037
Surety's Signature: _____ Address _____

Signed and acknowledged before me, the witness, on Feb 28 , 19 95
Name and Signature of Witness of Surety's Signature: Michael Lipman
Signature _____ Address 501 W. Broadway
Approved: Louisa Porter , United States Magistrate Judge

4

CRIMINAL CASE NUMBER  95-0600-A

## ADVICE OF PENALTIES AND SANCTIONS

Violations of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. 3148, and a prosecution for contempt as provided in 18 U.S.C. 401 which could result in a possible term of imprisonment and/or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not less than two years nor more than ten years, if the offense is a felony; or a term of imprisonment of not less than ninety days nor more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

18 U.S.C. 1503 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. 1510 makes it a criminal offense punishable by up to five years in jail and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. 1512 makes it a criminal offense punishable by up to ten years in prison and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. 1513 makes it a criminal offense punishable by up to ten years in jail and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do so.

It is a criminal offense under 18 U.S.C. 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order, if the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for another offense. In addition, a failure to appear may result in the forfeiture of any bail posted.

## ACKNOWLEDGEMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey the conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

DATE: 2/28/95

Signature of Defendant

CRIM.43
C:\WP50\FORMS\CRIM.43

Case Name: U.S. v. Siegel             AUSA Approval: TFS
Case No.: 95-0600m

## BAIL INFORMATION SHEET

**Defendant Information:**

Name: Lawrence Siegel

Date of birth: 5-2-54      "A" Number: _____      S.S. #: 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

Immigration status: U.S.

Home address: 16402 Opino Ct.
S.D. 92128                         Home phone: _____

Employer's name: _____

Employer's address: _____

Length of employment: _____      Work phone: _____

Name and address of person with whom defendant will <u>live</u> during pendency of case:

Ruth Siegel 16402 Opino Ct.
San Diego Ca

Name(s), address(es), and phone number(s) of person(s) residing in United States who will know how to contact defendant:
                                                         574-1040
Michael Lipman Stuart Hurwitz 9459 L.J. Farms Rd.
Phillip Dyson    462-3311

**Defense Attorney Information:**

Name: Michael Lipman

Address: 501 W. Broadway
S.D. 92101

Phone: 232-0100

Exhibit B
Rev. 12/88

## AFFIDAVIT BY OWNER OF CASH SECURITY

I, _____, on oath say that I reside at _____ _____ and that the $ _____ cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the above address upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

_____
Signature of Owner of Cash Security


## JUSTIFICATION OF SURETIES

I, _STUART M. HURWITZ_____, the undersigned surety, say that I reside at _9459 LA JOLLA FARMS ROAD, LA JOLLA, CA 92037_ and that my net worth is the sum of _IN EXCESS OF FIVE HUNDRED THOUSAND_ Dollars ($_500,000+_). I further say that



I certify under penalty of perjury that the foregoing is true and correct.
Executed on _2-28-95_____        _[signature]_____
            Date                  Signature of Surety


------------------------------------------------------------

I, _____, the undersigned surety, say that I reside at _____ and that my net worth is the sum of _____ Dollars ($_____). I further say that



I certify under penalty of perjury that the foregoing is true and correct.
Executed on _____        _____
            Date                     Signature of Surety

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff  )   CRIMINAL CASE NO. 95-0600M
              v.                     )   ORDER AND CONDITIONS OF
                                     )   PRETRIAL RELEASE: BAIL
_Lawrence Siegel_, Defendant         )   (18 U.S.C. § 3142(c).)

A hearing was held to determine the pretrial conditions of release of the defendant pursuant to 18 U.S.C.§ 3142. All matters considered, the Magistrate Judge determined that an unconditional release pursuant to 18 U.S.C.§ 3142 (b) is not sufficient to assure the appearance of the defendant and the safety of the community and that conditions of pretrial release are reasonable and necessary pursuant to 18 U.S.C. § 3142(c). Good cause appearing,

IT IS ORDERED that the defendant shall be released subject to the condition that he/she not commit a federal, state, or local crime during the period of release, make all of his/her court appearances, and comply with the conditions itemized below, as indicated by (X) in accordance with 18 U.S.C. § 3141(c)(2):

✓  1.  restrict travel to ( ) San Diego County, ( ) Southern District of California, ( ) Central District of California, ( ) State of California, (✓) United States, (✓) do not enter Mexico, or ( ) other: _____;

___ 2.  report on a regular basis to the Pretrial Services Agency (PSA) for supervision _____ times a week, or as directed by the assigned PSA officer, and provide current residence address and telephone number prior to release;

___ 3.  submit to treatment, and/or testing, as specified by the Pretrial Services Officer for ( ) drug or alcohol abuse, ( ) psychiatric or psychological counseling;

✓  4.  not possess or use any narcotic drug or other controlled substance, as defined in 21 U.S.C. § 802, without a lawful medical prescription;

✓  5.  not possess any firearm or other dangerous weapon or explosive device;

✓  6.  read or have read to you and understand Advice of Penalties and Sanctions Form;

___ 7.  submit to supervision and custody of _____ designated as custodian;

___ 8.  not have contact with anyone involved in this case except through his/her attorney, or with the following persons: _____;

✓  9.  surrender passport and/or all travel documents to the Court; _not already in possession_

___ 10. actively seek and maintain fulltime employment, schooling, or combination of both;

___ 11. abide by a curfew by remaining at residence between the hours of _____ P.M. and _____ A.M. daily;

✓  12. execute a personal appearance bond in the amount of $ 35,000 secured by:
       (✓) a cash deposit with the court of $ 10,000.00,
       ( ) a trust deed to the United States on real estate approved by the Magistrate Judge,
       (✓) co-signed by ___2___ financially responsible (related) adults,
       ( ) other security: _10K and 2nd signature by March 6, 19_ 5:00pm

___ 13. execute a bail bond by an approved solvent corporate surety in the amount of $_____,

___ 14. ( ) Nebbia hearing, and/ or ( ) Examination of Sureties required prior to release from custody;

___ 15. other conditions: _____

DATED: 2/28/95                                    _/s/ Louisa Porter_
cc: Deft/Counsel & P.S.A.                         United States Magistrate Judge

UNITED STATES DISTRICT COURT
HERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) CASE NUMBER ___95-600 M___
VS )
) ABSTRACT OF ORDER
)
) Booking No. _____
Lawrence P. Siegel )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of ___2/28/95___
the Court entered the following order:       (CHECK) in the (se) above-listed case number(s).

__✓__ Defendant be released from custody.

_____ Defendant placed on probation.

_____ Defendant continued on probation and released from custody.

__✓__ Defendant released on $ __25,000-__ P/S Bond posted   see above.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench warrant recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Other:

Received _____
              DUSM

_____
UNITED STATES MAGISTRATE JUDGE

                                OR
ROBERTA WESTDAL     Clerk
by
                                Deputy Clerk

Crim-9  (Rev 10-92)                                   ☆ U.S. GPO: 1994-582-002/20005

**CLERK'S COPY**

CASE NAME: U.S.A. VS L. Siegel          CASE NO. 95 0600M

## SURETY INFORMATION SHEET
(Use separate sheet for each surety)

ATTACH PHOTOCOPIES OF TWO PIECES OF INDENTIFICATION,
INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY

Surety's name: STUART M. HURWITZ

Date of Birth: 6-6-44   CALIF. BAR Number: 50797   S.S.# 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

Immigration status: _____

Home address: 9459 LA JOLLA FARMS ROAD, LA JOLLA, CALIF. 92037

Home phone: 457-3648

Employer's name: LAW OFFICES OF STUART M. HURWITZ

Employer's address: 3585 FOURTH AVE., SAN DIEGO, CALIF. 92103

Length of employment: _____   work phone: 574-1040

Monthly salary (gross): $ 3500.00

Surety's relationship to defendant: FRIEND

Surety's Financial Information:

Real property owned:

Address: ½ HOME ABOVE & ⅓ OFFICE ABOVE

Value of property: $ 1,350,000 (BOTH PROPERTIES)   MY Equity in property: $ 450,000

Holder(s) of trust deed(s): HOME: COAST SAVINGS ; OFFICE: SAN DIEGO NATIONAL BANK

Are payments current? YES

Exhibit C
Rev. 12/88

```
UNITED STATES DISTRICT COURT
UNITED STATES OF AMERICA

        vs                                          Appearance
                                                    Bond For No. 04-95-06004
LAWRENCE SIEGEL
```

**FILED MAR -6 1995** CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

I, the undersigned defendant, and we, the sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally are bound to pay to the United States of America the sum of $10,000_____, and there has been deposited in the Registry of the Court the sum of $_____ _____ in cash or _____ (describe other security) of the amount of bond.

The conditions of this bond are that the defendant is to appear as ordered before _____, United States Magistrate, and the United States District Court for the Southern District of California at San Diego, and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above-entitled matter as may be given or issued by the Magistrate or by the United States District Court to which the defendant may be removed or the cause transferred; that the defendant is not to depart the State of California, or the jurisdiction of any other United States District Court to which the defendant may be removed or the cause transferred after he has appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the Magistrate or the United States District Court for the Southern District of California or the United States District Court for such other district; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the court imposing it may prescribe. Further, the conditions set forth in the order re conditions of pretrial release, filed in this matter and part of the record therein, are further conditions of this bond.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above-entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned are duly exonerated.

This bond signed on _March 6_____, 19_95_, at _S.D. Calif_____

Defendant's Signature: _[signature]_____ Address _____

Surety's Signature: _[signature]_____ Address 9369 Alto Drive
                                                                 LaMesa, CA
Surety's Signature: _[signature]_____ Address _____

Signed and acknowledged before me, the witness, on _March 6_____, 19_95_

Name and Signature of Witness of Surety's Signature: _DONNA S. DYE_

_[signature] Donna Dye_                    401 W. Broadway Ste 400, S.D. CA
Signature                                  Address

Approved: _[signature]_____, United States Magistrate Judge

AFFIDAVIT BY OWNER OF CASH SECURITY

I, _Philip Dyson_____, on oath say that I reside at _9369_ _Alto Drive, La Mesa_____ and that the $ _10,000_ cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the above address upon exoneration of this bond.

I hereby subject said funds to the provisions of Local Court Rule 67.1 and consent and agree that in case of default or contumacy on the part of the principal, the Court may, upon notice to me of not less than ten days, proceed summarily and render judgment against said cash security in accordance with my obligation herein and award execution thereon.

_____
Signature of Owner of Cash Security

JUSTIFICATION OF SURETIES

I, _Philip Dyson_____, the undersigned surety, say that I reside at _9369 Alto Drive, La Mesa_ and that my net worth is the sum of _Forty-thousand_ Dollars ($_40,000_). I further say that

I certify under penalty of perjury that the foregoing is true and correct.
Executed on _3/3/95_     _____
            Date                Signature of Surety

----------------------------------------------------------------------

I, _____, the undersigned surety, say that I reside
at _____ and that my net worth is the sum
of _____ Dollars ($_____). I further say that


I certify under penalty of perjury that the foregoing is true and correct.
Executed on _____     _____
            Date                          Signature of Surety

CASE NAME: U.S.A. VS LAWRENCE SIEGEL   CASE NO. 95-0600M

## SURETY INFORMATION SHEET
(Use separate sheet for each surety)

ATTACH PHOTOCOPIES OF TWO PIECES OF INDENTIFICATION, INCLUDING AT LEAST ONE PICTURE I.D. FOR EACH SURETY

Surety's name: Philip H. Dyson

Date of Birth: 6/30/56   BAR # (A Number): 097528   S.S.# 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

Immigration status: ___

Home address: 9369 Alb Drive La Mesa

Home phone: 462-3311

Employer's name: self

Employer's address: 8461 La Mesa Blvd, La Mesa

Length of employment: 10 yrs   work phone: 462-3311

Monthly salary (gross): $8,000

Surety's relationship to defendant: Friend

Surety's Financial Information:

Real property owned:

Address: 9369 Alb Drive, La Mesa

Value of property: $365,000   Equity in property: $70,000

Holder(s) of trust deed(s): Franklin Mortgage

Are payments current? yes

Exhibit C
Rev. 12/88

**EXHIBIT B**

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. RUDI M. BREWSTER       DEPUTY CLERK: RAY BLANCHARD       RECORDER: TRISH LOPEZ

---

95-1187-B-CRIM   U.S.A.   V   LAWRENCE P SIEGEL                (BOND)

SENT HRG                           KATE THICKSTUN LEFF APPTD

PL G INFO 1 CT
18 USC 1001

ASSESSMENT
EXON BOND

AUSA DEBORAH CURTIS

------------------------------------------------------------------------

DEFT NOT APPEARING AND ON ORAL MOTION OF AUSA, BOND FORFEITED AND
BENCH WARRANT ISSUED.

DATE:  4-19-96                              _____
                                                    Deputy

36

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA, ) Criminal Case No. 95-1187-B
)
Plaintiff, )
)
v. ) CERTIFICATE OF SERVICE
) BY MAIL
LAWRENCE P. SIEGEL, )
)
Defendant. )
_____)

IT IS HEREBY CERTIFIED that:

I, Ann M. Telles, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is Office of the U.S. Attorney, 880 Front Street, Room 6293, San Diego, California 92101-8893; I am not a party to the above-entitled action; I have deposited in the United States mail at San Diego, California, in an envelope bearing the requisite postage, a copy of Notice of Motion and Motion for Judgment on Default, addressed to:

Kathryn Thickstun Leff, Esq. (defense counsel)
108 Ivy Street
San Diego, California 92101

Stuart M. Hurwitz (surety)          Philip Dyson (surety)
9459 La Jolla Farms Road            9369 Alto Drive
La Jolla, CA 92037                  La Mesa, CA

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 19, 1996.

*[signature]*
ANN M. TELLES