USDC SCAN INDEX SHEET







USA

SIEGEL

TB
3:95-CR-01187
*39*
*CRJGMDFLT.*

1 | ALAN D. BERSIN
United States Attorney
2 | RICHARD C. CHENG
Assistant U.S. Attorney
3 | California State Bar No. 135992
Federal Office Building
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-6529

6 | Attorneys for Plaintiff
United States of America
7 |

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,      )    Criminal Case No. 95-1187-B
                                   )
11 |                 Plaintiff,    )    JUDGMENT ON DEFAULT
                                   )
12 |      v.                       )
                                   )
13 | LAWRENCE P. SIEGEL,           )
                                   )
14 |                 Defendant.    )
     _____)

15 |

16 |      Defendant Lawrence P. Siegel failed to appear on April 19,
17 | 1996, and answer the charge of the plaintiff, United States of
18 | America, against him.  Therefore, the bonds posted in the above-
19 | entitled matter on February 28, 1995 and March 6, 1995, were and
20 | are forfeited.  A motion for judgment on default was made by
21 | plaintiff, United States of America, by and through its attorneys
22 | above-named, and after due notice of said motion having been
23 | served on all parties herein, including the clerk of the court as
24 | agent for the obligors on the bonds;

25 |
26 |
27 |
28 |

**FILED** SEP 16 1996  CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY *Bancroft*

39

1   IT IS HEREBY ORDERED, ADJUDGED and DECREED that the
2   plaintiff, United States of America, does have and recover from
3   defendant, Lawrence P. Siegel, and sureties Stuart M. Hurwitz and
4   Philip Dyson, judgment in the sum of $25,000.  Judgment is to
5   accrue interest at the current legal rate, compounded annually
6   until paid in full.

7   IT IS FURTHER ORDERED, ADJUDGED and DECREED that the sum of
8   $10,000 in cash now on deposit in the registry of this court as
9   part of the bond by surety Philip Dyson in this matter be paid to
10  the clerk of the court; and that upon receipt of same by him, the
11  sum of $10,000. shall be credited by the clerk of the court in
12  partial satisfaction of the within judgment against defendant and
13  sureties.  The balance owing on the judgment is to accrue interest
14  at the current legal rate, compounded annually until paid in full.

15  DATED: __9-16-96__.

                                    _____
                                    HONORABLE RUDI M. BREWSTER
                                    UNITED STATES DISTRICT COURT JUDGE